United States District Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **RAUL GIL,** | § § § | |
| **Plaintiff,** | § § | |
| V. | § § | CIVIL ACTION NO. 5:22-CV-55 |
| **CITY OF LAREDO,** | § § § | |
| **Defendant.** | § | |

## ORDER

Before the Court is the parties' Notice of Stipulated Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) with Prejudice, with Order, as to Defendant. (Dkt. No. 18). The stipulation of dismissal states that the parties have fully settled all claims in this case, Plaintiff is dismissing all his claims against Defendant, and the parties have agreed to the dismissal of the suit with prejudice. (*Id.* at 1).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the court has appointed a receiver. *See* FED. R. CIV. P. 41(a). None of these exceptions are applicable to this case.

Because the stipulation is signed by all parties who have appeared in this case,[1] all of Plaintiff's claims were dismissed with prejudice "automatically" upon the filing of the stipulation of dismissal. *Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (citing *Nat'l City Golf Fin. V. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)). Therefore, all claims and causes of action in this case have been dismissed. This is a final order confirming dismissal of all claims in this case.

The Clerk of Court is hereby **DIRECTED** to **CLOSE** this case.

---

[1] Plaintiff previously dismissed Defendant City of Laredo Municipal Civil Service Commission as a defendant from the case by virtue of Plaintiff's Amended Complaint, (Dkt. No. 7), which omitted all claims against that Defendant. *See Stewart v. City of Houston Police Dep't*, 372 F. App'x 475, 478 (5th Cir. 2010) (holding that a claim is abandoned if omitted from an amended complaint that does not specifically refer to and adopt or incorporate by reference the earlier pleading). Regardless, Defendant City of Laredo Municipal Civil Service Commission was also represented by the same legal counsel representing Defendant City of Laredo, who signed the stipulation of dismissal, thereby ensuring that the joint stipulation of dismissal was signed by or on behalf of all parties.

It is so **ORDERED**.

**SIGNED** on April 14, 2023.

_____
John A. Kazen
United States Magistrate Judge